HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS SHEPHERD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELDON MEDIATION SERVICES, INC., et al., <br><br> Defendants. | CASE NO. C10-1217RAJ <br><br> ORDER |

Pending before the court are six motions for summary judgment. Dkt. ## 120-122, 127, 130, 132. The court directs the clerk to TERMINATE each of these motions and to create a motion calendar for October 10, 2012 to resolve the disputes set forth in those motions. Attached to this order is an unsigned second order that reflects this court's likely disposition of the six motions. The court will hold oral argument on October 10, 2012, at 10:00 a.m. The purpose of the oral argument will be to permit the parties to address the conclusions in the unsigned order. The parties shall be prepared to specifically cite any legal authority supporting their positions and to specifically cite the record before the court regarding any disputed factual assertions.

DATED this 24th day of September, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1